## COZZI v. CRISTOFOLI.

No. 15070—Opinion Filed Sept. 23, 1924.

Error from Tulsa County, Court of Common Pleas; Font L. Allen, Judge.

Action between Pete Cozzi, doing business under the name of Tulsa Terrazzo & Mosaic Co., and P. Cristofoli. From a judgment in favor of the latter, the former brings error. Reversed and remanded.

E. M. Conner, for plaintiff in error.

R. E. Berger, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469 106 Pac. 957, this cause is reversed and remanded for new trial for failure of defendant in error to file brief as provided in rule 7 of the court.

---

## FRONKIER v. FRONKIER.

No. 14886—Opinion Filed Sept. 23, 1924.

Error from District Court, Osage County; Jesse J. Worten, Judge.

Action between Phillip Fronkier and Alice Fronkier. From the judgment, the former brings error. Reversed and remanded.

B. C. Trice, E. R. McDonald, Thos. H. Owen, and Wilbur J. Holleman, for plaintiff in error.

Chas. B. Wilson, Jr., for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 597, this cause is reversed and remanded for new trial for failure of defendant in error to file brief as provided in rule 7 of this court.

---

## APPERSON v. STATE ex rel. WALLACE.

No. 15098—Opinion Filed Sept. 23, 1924.

Error from District Court, Creek County; Fred A. Speakman, Judge.

Action between C. B. Apperson and State ex rel. Tom Wallace. From the judgment, the former bring error. Reversed and remanded.

Lytle & Robertson and Grady Lewis, for plaintiff in error.

Tom Wallace, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial for failure of defendant in error to file brief as provided in rule 7 of this court.

---

## COLLINS et al. v. FT. SUPPLY TEL. & TEL. Co. et al.

No. 14631—Opinion Filed Sept. 23, 1924.

Error from District Court, Woodward County: Arthur G. Sutton, Assigned Judge.

Action between L. B. Collins et al. and the Ft. Supply Telephone & Telegraph Company et al. From the judgment the former appeal. Reversed and remanded.

Swindall & Wybrant, for plaintiffs in error.

S. B. Lane and Loofbourrow & Loofbourrow, for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, the cause is reversed and remanded for new trial for failure of defendants in error to file brief as provided in rule 7 of this court.

---

## In re. NOAH'S ESTATE.
### LEE et al. v. HUDSON et al.

No. 15287—Opinion Filed Sept. 23, 1924.

Error from District Court, Atoka County; J. H. Linebaugh, Judge.

Action between Milton Lee et al. and Mary Hudson et al., in the matter of the determination of heirship of Sarah Noah, deceased. From the judgment, the former bring error. Reversed and remanded.

Gordon Fryer, for plaintiff in error.

J. G. Ralls, for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial for failure of defendants in error to file brief as provided in rule 7 of this court.